UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JEANETTE FELLS,**

      **Plaintiff,**    :

  v.                  Case No. 2:22-cv-2639
                         Judge Sarah D. Morrison
                         Magistrate Judge Kimberly A.
                         Jolson

**ERIC DEPUE,** *et al.***,**    :

      **Defendants.**

## ORDER

Plaintiff Jeanette Fells is an Ohio resident proceeding without assistance of counsel. (*See* Compl., ECF No. 3.) Ms. Fells was previously detained at the Licking County Justice Center. (ECF No. 2-1.) Through this suit, she alleges that Defendants Eric Depue (an Assistant Licking County Prosecutor) and Jeffrey Ronan (a Licking County Sheriffs Deputy) violated her civil rights. (*See* Compl.) After performing an initial screen of the Complaint pursuant to 28 U.S.C. § 1915(e)(2), the Magistrate Judge issued a Report and Recommendation (R&R, ECF No. 4) recommending that the Court dismiss the Complaint for failure to state a claim upon which relief may be granted. (*Id.*) Ms. Fells filed an objection to the Report and Recommendation. (Obj., ECF No. 7.) If a party objects within the allotted time to a report and recommendation, the Court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b). Upon review, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

The Magistrate Judge construed Ms. Fells's Complaint as bringing a claim under 42 U.S.C. § 1983 for violation of her right to a speedy trial. (R&R, 5.) She concluded that Mr. Depue was absolutely immune from suit (*id.*, 6) and that a claim against Deputy Ronan based on a June 13, 2019 incident was barred by the statute of limitations (*id.*, 6–7). The Magistrate Judge also noted that Mr. Depue is never mentioned in the Complaint's factual allegations and that Deputy Ronan is referenced only once, with regard to the June 13 incident. (*Id.*, 5–6.)

The Court finds no error in the Magistrate Judge's conclusions or reasoning. The objections provide no basis otherwise. There, Ms. Fells repeats many of the facts laid out in the Complaint. (*See* Obj.) But she does not mention Mr. Depue, or argue why he should be subject to suit. (*Id.*) Nor does she explain why a claim against Deputy Ronan (who is, again, mentioned only once and only in describing what occurred on June 13, 2019) should not be barred. (*Id.*)

Accordingly, Ms. Fells's Objection (ECF No. 7) is **OVERRULED**. The Court **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation (ECF No. 4). The Complaint is **DISMISSED**. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket of the United States District Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**